# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

LLOYD GOODNOW,

    Plaintiff,

v.                                          CASE NO. 1:20cv257-RH-GRJ

THIRD CONG. DIST. OF FLA.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7, the first set of objections, ECF No. 8, the order to show cause why the case should not be dismissed, ECF No. 9, and the response, ECF No. 10. I have reviewed de novo the issues raised by the objections.

The report and recommendation is correct and is adopted as the court's opinion.

IT IS ORDERED:

1. The report and recommendation, ECF No. 7, is accepted.

2. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction."

3. The clerk must close the file.

SO ORDERED on May 19, 2021.

s/Robert L. Hinkle  
United States District Judge